United States District Court
Southern District of Texas

**ENTERED**

August 12, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KIMBERLY MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:21-CV-1082 |
| | § | |
| LIFE INSURANCE COMPANY | § | |
| OF NORTH AMERICA, | § | |
| | § | |
| Defendant. | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

ON THIS day, this Court considered the motion of Plaintiff Kimberly Miller to dismiss all claims against Defendant Life Insurance Company of North America, with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Kimberly Miller's Motion to Dismiss all claims against Defendant Life Insurance Company of North America, with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this _12th_ day of _____August_____, 2021.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**

257601528v.1

APPROVED AND ENTRY REQUESTED:

MARC WHITEHEAD & ASSOCIATES, LLP


/s/ Marc Whitehead
_____
Marc S. Whitehead
Tex. Bar No. 00785238
Fed. I.D. No. 15465
marc@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
**ATTORNEY-IN CHARGE FOR PLAINTIFF**
**KIMBERLY MILLER**


WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP


_____
Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 Fax
Email:  Linda.Wills@WilsonElser.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT**
**LIFE INSURANCE COMPANY OF NORTH AMERICA**

2

257601528v.1